ATRIUM DEVELOPMENT CORPORATION, ETC. v. CONTINENTAL
PLAZA CORPORATION, ET AL., AND THE
CITY OF HACKENSACK.

ATRIUM DEVELOPMENT CORPORATION, ETC. v. RREEF
USA FUND–I AND CITY OF HACKENSACK.

April 28, 1987.

Leave to appeal granted.   (See 214 *N.J.Super.* 639)